MINUTE ENTRY             9: 35 a.m.

UNITED STATES OF AMERICA -V- ZHENG, WEN JIAN

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
   JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
   ZHENG, WEN JIAN, DEFENDANT

PROCEEDINGS:    CHANGE OF PLEA

Defendant appeared with counsel, Attorney Joseph Camacho. Government was represented by Jamie Bowers, AUSA.

Aby Leung was sworn as interpreter/translator.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of GUILTY. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered an expedited Presentence Investigation Report be submitted by Friday, June 3, 2005 and that the Sentencing hearing be set for Friday, July 8, 2005 at 10: 00 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal.

        Adjourned at 10:35 a.m.
;    [KLL EOD 04/05/2005]