MINUTE ENTRY ;             9:00 a.m.


 UNITED STATES OF AMERICA -v- ZHENG, Wen Jian

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
   SANAE SHMULL,  Court Reporter
   K. LYNN LEMIEUX, Courtroom Deputy
   JAMIE BOWERS, Assistant U. S. Attorney
   JOSEPH CAMACHO,  Counsel for Defendant
   ZHENG, Wen Jian, Defendant

PROCEEDING: MOTION FOR RECONSIDERATION & CORRECTION OF SENTENCE

 Defendant was present with his court appointed counsel, Attorney Joseph Camacho. Government by Jamie Bowers, AUSA.

 Aby Leung was sworn as interpreter/translator of the Mandarin language.

 Attorney Camacho stated that his defendant is willing to be sent back to China if he could be transported immediately.

 Court inquired as to who had the passport.

 Court recessed at 9:20 a.m. so that counsel could determine where the defendant's passport was located.

 Court reconvened at 9:35 a.m. and Government reported that the defendant's passport is valid until July 27, 2007 and is located in a vault in the U.S. Immigration Office.  The immigration officer is on Guam but will return to Saipan to obtain the passport so that the defendant may be transported to China.

 Attorney Camacho stated that the defendant is willing and ready to be returned to China.


 Government and Defense stipulated to waive the Rule 35 requirement.  Court so ordered.

 Court, after hearing all testimony, ordered that given the defendant has indicated that he does not wish to seek asylum and wishes to return to China and given that the U.S. and the CNMI have guaranteed his timely passage to China, it was the order of the Court that this hearing be continued until Monday, June 28, 2004 at 9:00 a.m. to obtain his passport and make further arrangements.

        Adj. 9:45  a.m.


 ;   [KLL EOD 06/24/2005]