MINUTE ENTRY          9:10 a.m.


UNITED STATES OF AMERICA -v- ZHENG, Wen Jian

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX, Courtroom Deputy
  JAMIE BOWERS, Assistant U. S. Attorney
  JOSEPH CAMACHO,  Counsel for Defendant
  ZHENG, Wen Jian, Defendant

PROCEEDING: MOTION FOR RECONSIDERATION & CORRECTION OF SENTENCE

 Defendant was present with his court appointed counsel, Attorney Joseph Camacho. Government by Jamie Bowers, AUSA. Aby Leung was present as interpreter/translator of the Mandarin language

 Government stated that they now have a valid passport for the defendant and he may leave now and go back to China.  July 4, 2005 is the earliest flight they can arrange to transport him to China.  Defense had no objection.

 Court ordered to amend paragraph #1 of the  special conditions ordering that the defendant be remanded into the custody of the CNMI Immigration Officials for further proceedings.

        Adj. 9:13  a.m.


;   [KLL EOD 06/27/2005]